No. 95–5188. OSWALD v. GAMMON, SUPERINTENDENT, MO-
BERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari de-
nied.

No. 95–5189. MILLER v. SMITH ET AL. C. A. 11th Cir. Cer-
tiorari denied.

No. 95–5190. BOOKER v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 95–5191. THIERMAN v. THIERMAN ET AL. C. A. 2d Cir.
Certiorari denied.

No. 95–5192. STEVENSON v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.

No. 95–5193. STAMPER v. CHAPLEAU, WARDEN. C. A. 6th Cir.
Certiorari denied.

No. 95–5194. THORNTON v. LOMBARDO, WARDEN, ET AL.
C. A. 3d Cir. Certiorari denied.

No. 95–5197. DRYDEN v. UNITED STATES. C. A. 10th Cir.
Certiorari denied.

No. 95–5198. FUTRELL v. MERIT SYSTEMS PROTECTION
BOARD. C. A. Fed. Cir. Certiorari denied.

No. 95–5199. DeMAURO v. COMMISSIONER OF INTERNAL REV-
ENUE. C. A. 3d Cir. Certiorari denied.

No. 95–5201. GREEN v. UNITED STATES. C. A. 5th Cir. Cer-
tiorari denied.

No. 95–5202. GLANT v. LAMB ET AL. C. A. 11th Cir. Cer-
tiorari denied.

No. 95–5203. ESCAMILLA v. BROOME COUNTY GOVERNMENT
ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–5204. McGLOTHLIN v. TEXAS. Ct. Crim. App. Tex.
Certiorari denied.

No. 95–5206. MIDDLETON v. KENTUCKY. Cir. Ct. Grant
County, Ky. Certiorari denied.